# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:19-CR-00298(2)-LY |
| | § | |
| (2) Christopher Lynch | § | |

## ORDER SETTING ARRAIGNMENT

IT IS HEREBY ORDERED that an Arraignment in the above styled case has been set in Courtroom No. **6** on the **6th** Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701 on **December 4, 2019** at **2:00 P.M.** before **UNITED STATES MAGISTRATE JUDGE SUSAN HIGHTOWER**.

If, after consulting with an attorney, the defendant wishes to waive formal arraignment before the U.S. Magistrate Judge and enter a plea of "not guilty," it is mandatory that a *Waiver of Personal Appearance at Arraignment and Plea of Not Guilty* (attached) be filed with the U.S. District Clerk. The waiver **must** be fully completed, signed by the attorney of record *and the defendant*, and **filed no later than 4:00 p.m. on the day before** the scheduled arraignment. Upon filing of the waiver, the defendant and their attorney of record are **no longer required to appear** at the date and time listed above.

Under current policy, the U.S. Marshals Service transports defendants in custody to the courthouse for arraignments **unless** a *Waiver of Personal Appearance at Arraignment and Plea of Not Guilty* is **filed no later than 4:00 p.m. on the day before** the Arraignment setting. *Failure to comply with the Waiver filing deadline requires the attorney and the defendant to appear in court as noted above.*

Attorneys are advised that if a "not guilty" plea is entered, **all pre-trial motions are to be filed within fourteen (14) days from the last date of arraignment**.

Retained counsel (does not apply to those appointed by the court) is required to file a Notice of Appearance prior to Arraignment.

November 21, 2019

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

United States of America

v.  Case Number: AU:19-CR-00298(2)-LY

(2) Christopher Lynch

## NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Now comes Defendant in the above-referenced case who, along with an undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the charging document in this case.

2) Defendant has read the charging document, or the charging document has been read to the defendant.

3) Defendant understands their right to appear personally with an attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that the Arraignment will taken place in open Court, unless this waiver is fully completed and filed in advance.

Defendant, having conferred with their attorney in this regard, hereby waives personal appearance with their attorney at the arraignment of this case and the reading of the charging document, and by this instrument, tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant requests the Court accept the waiver of appearance and enter a plea of "not guilty."

**I UNDERSTAND UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN FOURTEEN (14) DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT WITHIN FOURTEEN (14) DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE.** *See Local Criminal Rules CR-12 and CR-47.*

*Date:* _____

*Signature of Attorney* _____

*Defendant's Signature* _____

*Name of Attorney* _____

Address: _____

Telephone: _____

**ALL WAIVER FORMS MUST BE FILED IN THE U.S. DISTRICT CLERK'S OFFICE NO LATER THAN 4:00 PM ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**